William J. Robinson (State Bar No. 83729)
Stephen M. Lobbin (State Bar No: 181195)
**FOLEY & LARDNER LLP**
2029 Century Park East, 35th Floor
Los Angeles, California 90067-3021
Telephone: 310.277.2223
Facsimile: 310.557.8475

Attorneys for Plaintiff **PATENT CATEGORY CORPORATION**

Joseph T. Hahn
**MORRISON & FOERSTER LLP**
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants **TARGET CORPORATION and CALLAWAY & KIRK COMPANY LLP**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PATENT CATEGORY CORPORATION, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, a Minnesota corporation, and CALLAWAY & KIRK COMPANY LLC, a Delaware corporation<br><br>　　　　Defendants. | Case No. CV 04-4320 FMC (MANx)<br><br>**STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(ii)** |

1   Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereto, through their respective
2   undersigned counsel, stipulate that the above captioned action, including all related
3   counterclaims, is hereby dismissed as follows: Plaintiff Patent Category Corporation
4   dismisses its claims with prejudice; Defendants Target Corporation and Callaway & Kirk
5   Company LLC each dismisses any counterclaims with prejudice. Each party shall bear
6   its own costs and attorneys' fees.

7

8                              Respectfully submitted,

9

10  Dated: September 9, 2004    **FOLEY & LARDNER LLP**

11

12  _____
13  William J. Robinson
    Stephen M. Lobbin
14
    Attorneys for Plaintiff
15  **PATENT CATEGORY CORPORATION**

16

17  Dated: September 1, 2004    **MORRISON & FOERSTER LLP**
18
19  _____
    Joseph T. Hahn
20
21  Attorneys for Defendant
    **TARGET CORPORATION and**
22  **CALLAWAY & KIRK COMPANY LLP**

23

24                              IT IS SO ORDERED   SEP 10 2004
                                DATED
25
26                              _____
                                UNITED STATES DISTRICT JUDGE
27

28

# PROOF OF SERVICE

I am employed in the **County of , State of California**. I am over the age of 18 and not a party to this action; my current business address is **2029 Century Park East, Suite 3500, Los Angeles, California 90067-3021**.

On September 10, 2004, I served the foregoing document(s) described as: **STIPULATED REQUEST FOR DISMISSAL** on the interested parties in this action as follows:

___ BY FACSIMILE

    ___ I am readily familiar with the firm's practice for delivery by facsimile transmission: the firm transmits the document(s) from a facsimile transmission machine to the person to be served. I placed the document(s) in the place designated by the firm, at **Los Angeles, California**, for facsimile transmission to [ ] whose facsimile transmission telephone number is [ ], on the above date following ordinary business practices. The document(s) was transmitted from a facsimile transmission machine with the telephone number of **310.557.8475**.

The facsimile transmission was reported as complete without error by a transmission report, issued by the facsimile transmission machine upon which the transmission was made, immediately following the transmission. A true and correct copy of the transmission report is attached hereto and incorporated herein by this reference.

_X_ BY THE FOLLOWING MEANS:
I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Joseph T. Hahn
**MORRISON & FOERSTER**
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024

_X_ BY THE FOLLOWING MEANS:

    _X_ I placed the envelope(s) with postage thereon fully prepaid in the United States mail, at **Los Angeles, California**.

    _X_ I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **Los Angeles, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

_X_     Executed on September 10, 2004, at Los Angeles, California.

_X_     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

José Ramos

015.653016.2

CASE NO. CV 04-4320 FMC (MANX)
STIPULATION OF DISMISSAL